**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-30906
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

RONALD D. MCGLOTHURN,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(94-CR-50084-1)

March 25, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Court-appointed counsel for Ronald D. McGlothurn has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). McGlothurn has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused form further responsibilities herein, and the APPEAL IS DISMISSED.

The jurisdictional issue is pretermitted. <u>United States v. Weathersby</u>, 958 F.2d 65, 66 (5th Cir. 1992).

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.